HOWDEN TILE AND MARBLE CO., INC., Appellant, v. NATIONAL ENGINEERING CORPORATION, Respondent.— Order so far as appealed from reversed, with costs and disbursements, and the verdict on the second cause of action reinstated, upon the ground that the testimony presented a question of fact as to whether the contract for the extra work was with the plaintiff or with its former manager, Howden, and that the verdict was supported by a preponderance of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LAPOLTE, Alias PAUL PIPIA, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Executor and Trustee, etc., of MARGARET F. BRENNAN, Deceased, Respondent, v. ANNA V. HART, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS PLAN COMPANY OF NEW YORK, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEN C. ALBERT, Appellant, v. BENJAMIN H. FREEDMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

PAUL E. LEHMAN and MORRIS B. ALTMAN, Respondents, v. JACOB RUDIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDNA WEINSTEIN, Appellant, v. JENNIE M. KNOWLES, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID BLOCK, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WOLFSON, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JULIUS F. BARD and ALEXANDER BARD, Appellants, v. THE COLUMBIA UNIVERSITY CLUB, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and O'Malley, J., dissent.

BANK OF YORKTOWN, Appellant, v. FOREST HILLS REALTY Co., INC., Defendant, Impleaded with EUGENE F. McGIRR and JAMES C. MILLIGAN, Respondents. — Order affirmed, with ten dollars costs and disbursements, with leave to renew in the event that the complaint be amended with an allegation of waiver. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.